# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2016

Robert P. Young, Jr.,
Chief Justice

153224(108)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

LORILLARD TOBACCO COMPANY,
        Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellee.

SC:  153224
COA:  313256
Court of Claims:  11-000093-MT

_____/

On order of the Court, the motion for reconsideration of this Court's September 6, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2016



p1212

Clerk